of Arkansas.   October 1, 1923.   Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. E. B. Kinsworthy* and *Mr. Robert E. Wiley* for plaintiff in error.   No appearance for defendant in error.

---

No. 302. MISSOURI PACIFIC RAILROAD COMPANY *v.* DOROTHY PUGH.   Error to the Supreme Court of the State of Arkansas.   October 1, 1923.   Petition for a writ of certiorari herein dismissed, on motion of counsel for plaintiff in error and petitioner.   *Mr. E. B. Kinsworthy* and *Mr. Robert E. Wiley* for plaintiff in error and petitioner.   No appearance for defendant in error and respondent.

---

No. 406 AMERICAN RAILWAY EXPRESS COMPANY *v.* SANTA ANNA GAS COMPANY.   On petition for a writ of certiorari to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas.   October 1, 1923.   Petition dismissed, on motion of counsel for petitioner.   *Mr. Frank L. Snodgrass* and *Mr. Prescott Gatley* for petitioner.   No appearance for respondent.

---

No. 191. JOHN A. GROGAN, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* BRYANT, WALKER, EXECUTOR, ETC. Error to the District Court of the United States for the Eastern District of Michigan.   October 5, 1923.   Dismissed with costs, on motion of *Mr. Solicitor General Beck* for plaintiff in error.   *Mr. H. E. Spalding* for defendant in error.

---

No. 430. JOHN A. DAVIS ET AL. *v.* G. G. WARDE ET AL. Error to the Supreme Court of the State of Georgia. October 5, 1923.   Dismissed with costs, per stipulation. *Mr. John D. Little, Mr. Arthur G. Powell, Mr. Marion*

*Smith, Mr. Max F. Goldstein, Mr. Sam S. Bennett, Mr. J. Robert Pottle* and *Mr. Issaac J. Hofmayer* for plaintiffs in error.   No appearance for defendants in error.

---

No. 433.  JULES SCHNERB ET AL. *v.* HOLT MANUFACTURING COMPANY.   On petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit.  October 8, 1923.   Dismissed, per stipulation.   *Mr. William H. Page* for petitioners.   No appearance for respondent.

---

No. 63.  CHARLES D. NEWTON, AS ATTORNEY GENERAL OF THE STATE OF NEW YORK, ET AL. *v.* NEWTOWN GAS COMPANY.   Appeal from the District Court of the United States for the Southern District of New York.   October 8, 1923.   Dismissed, per stipulation.   *Mr. John J. O'Brien* and *Mr. Harry Hertzoff* for appellants.   No appearance for appellee.

---

-No. 88.  UNITED STATES *v.* NATIONAL CITY BANK OF NEW YORK.   Error to the Circuit Court of Appeals for the Second Circuit.   October 15, 1923.   Dismissed, on motion of *Mr. Solicitor General Beck* for the United States.   No appearance for defendant in error.

---

No. 96.  SOUTHEASTERN EXPRESS COMPANY *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT, ETC., ET AL.   Appeal from the District Court of the United States for the Southern District of Mississippi.   October 16, 1923.   Dismissed with costs, without prejudice to the right of the appellant to prosecute its appeal in case (between same parties) now pending in this Court, being No. 216, October Term, 1923, on motion of counsel for appellant.   *Mr. Sanders McDaniel, Mr. A. S. Bozeman* and *Mr. H. L. Greene* for appellant.   No appearance for appellees.